**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

SALVATORE RUSSOTTO,
   a/k/a "@RussottoSal"

CASE NO. 6:25-cr-179-PGB-NWH

18 U.S.C. § 875(c)
(transmission of interstate threat to injure)
(18 U.S.C. § 115)
(retaliating against a Federal law enforcement officer by threat)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Transmission of Interstate Threat to Injure)

On or about May 19, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SALVATORE RUSSOTTO,
a/k/a "@RussottoSal,"

did knowingly make a threat to injure and kill the VICTIM in a series of online posts, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in that the defendant wrote, among other things, "[VICTIM] is a CUNT. 86 that bitch," "A slow painful death for [VICTIM]. 86 that cunt," "86 [VICTIM]," "You're a useless CUNT. 86 [VICTIM]," "Eliminate [VICTIM]. 86 Traitor. Death penalty for all traitors," "86 [VICTIM]. CUNT. I HOPE YOU DIE A PAINFUL DEATH," "86 [VICTIM].

USELESS CUNT," "[VICTIM] is USELESS 86 that bitch," and "[VICTIM] IS USELESS. 86 [VICTIM]."

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
### (Retaliating Against a Federal Law Enforcement Officer by Threat)

On or about May 19, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SALVATORE RUSSOTTO,
a/k/a "@RussottoSal,"

did threaten to assault and murder the VICTIM, a United States official and a Federal law enforcement officer, with intent to impede, intimidate, and interfere with the VICTIM while she was engaged in the performance of her official duties, and with intent to retaliate against the VICTIM on account of the performance of her official duties, in that RUSSOTTO made the following social media posts, among others, in response to perceived official actions by the VICTIM: "[VICTIM] is a CUNT. 86 that bitch," "A slow painful death for [VICTIM]. 86 that cunt," "86 [VICTIM]," "You're a useless CUNT. 86 [VICTIM]," "Eliminate [VICTIM]. 86 Traitor. Death penalty for all traitors," "86 [VICTIM]. CUNT. I HOPE YOU DIE A PAINFUL DEATH," "86 [VICTIM]. USELESS CUNT," "[VICTIM] is USELESS 86 that bitch," and "[VICTIM] IS USELESS. 86 [VICTIM]."

In violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

A TRUE BILL,

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
KARA M. WICK
Assistant United States Attorney
Deputy Chief, National Security Section

By: _____
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
June 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

SALVATORE RUSSOTTO
a/k/a "@RussottoSal"

INDICTMENT

Violations: 18 U.S.C. § 875(c)
18 U.S.C. § 115

A true bill,

███████████████

Foreperson

Filed in open court this 25th day

of June 2025.

_____ Clerk

Bail $_____

GPO 863 525