UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CASE NO. 6:25-cr-00179-PGB-NHW
　　　　　　　　　　　　　　　　18 U.S.C. § 875(c)
　　　　　　　　　　　　　　　　(transmission of interstate
SALVATORE RUSSOTTO,　　　　　　threat to injure)
　a/k/a "@RussottoSal"

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Transmission of Interstate Threat to Injure)**

On or about May 19, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SALVATORE RUSSOTTO,
a/k/a "@RussottoSal,"

did knowingly transmit, in interstate commerce, a threat to injure and kill the VICTIM in a series of online posts, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, in that the defendant wrote, among other things, "[VICTIM] is a CUNT. 86 that bitch," "A slow painful death for [VICTIM]. 86 that cunt," "86 [VICTIM]," "You're a useless CUNT. 86 [VICTIM]," "Eliminate [VICTIM]. 86 Traitor. Death penalty for all traitors," "86 [VICTIM]. CUNT. I HOPE YOU DIE A PAINFUL

DEATH," "86 [VICTIM]. USELESS CUNT," "[VICTIM] is USELESS 86 that bitch," and "[VICTIM] IS USELESS. 86 [VICTIM]."

In violation of 18 U.S.C. § 875(c).

### FORFEITURE

The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section