| Date/Time | Type | Message |
|---|---|---|
| 2025-05-20T00:54:28.000Z | Reply | @USAttyHabba 86 HABBA. She's a traitor. Death penalty for all traitors. |
| 2025-05-20T00:52:29.000Z | Reply | @USAttyHabba @AlinaHabba 86 HABBA. |
| 2025-05-20T00:51:25.000Z | Reply | @nicksortor FUKK HABBA.  USELESS CUNT. MAY YOU GET A YEAST INFECTION   86 HABBA. SHE IS NOT MAGA. 86 HABBA |
| 2025-05-20T00:48:49.000Z | Reply | @USAttyHabba You're a useless CUNT |
| 2025-05-20T00:48:24.000Z | Reply | @USAttyHabba 86 HABBA |
| 2025-05-20T00:46:50.000Z | Reply | @USAttyHabba @AlinaHabba You're a FUKKIN JOKE. 86 HABBA |
| 2025-05-20T00:45:28.000Z | Reply | @SenSchumer 86 Schumer |
| 2025-05-20T00:44:48.000Z | Reply | @USAttyHabba @AlinaHabba FUKK YOU MUTT 86 HABBA |
| 2025-05-20T00:43:19.000Z | Reply | @USAttyHabba @AlinaHabba COWARD. |
| 2025-05-20T00:42:41.000Z | Reply | @USAttyHabba @AlinaHabba COWARD |
| 2025-05-20T00:37:54.000Z | Reply | @MAGAVoice FUKK Bongino. HES A PUSSY. ALL TALK NO BALLS.  GO BACK TO YOUR PODCAST. |
| 2025-05-20T00:36:51.000Z | Reply | @MAGAVoice 86 Biden |
| 2025-05-20T00:35:08.237Z | Retweet | RT @LangmanVince: If Matt Gaetz was President Trump's Attorney General instead of Pam Bondi, James Comey would be in a federal prison today... |
| 2025-05-20T00:34:41.000Z | Reply | @FBIDDBongino FJB. I HOPE ITS A VERY PAINFUL DEATH. BURN IN HELL |
| 2025-05-20T00:33:13.129Z | Retweet | RT @EndWokeness: The media pretended this was normal https://t.co/32UHd1f7xO |
| 2025-05-20T00:33:00.000Z | Reply | @DC_Draino FJB. I HOPE ITS VERY PAINFUL. |
| 2025-05-20T00:32:35.125Z | Retweet | RT @DC_Draino: Joe Biden threw a grandma with cancer into federal prison for peacefully protesting election fraud on J6\n\nThis man is a mons... |
| 2025-05-20T00:32:16.000Z | Reply | @amyklobuchar FJB. I HOPE ITS VERY PAINFUL. |
| 2025-05-20T00:31:22.000Z | Reply | @OneBadDude_ FUKK the N!GGERS |
| 2025-05-20T00:30:47.718Z | Retweet | RT @VividProwess: @EmmanuelMacron Fuck you. |
| 2025-05-20T00:30:23.000Z | Reply | @EmmanuelMacron 👎👊👎👊 |
| 2025-05-20T00:29:47.000Z | Reply | @mikepompeo FUKK JOE BIDEN. |
| 2025-05-20T00:29:08.000Z | Reply | @charliekirk11 FJB |
| 2025-05-20T00:15:08.000Z | Reply | @RepMTG What are you doing about the fraud DOGE  uncovered?  MUTT |
| 2025-05-20T00:12:50.000Z | Reply | @FBIDDBongino 86 DemonRATS. |
| 2025-05-20T00:11:59.000Z | Reply | @TomCottonAR FJB |
| 2025-05-20T00:11:39.000Z | Reply | @SenSchumer 86 Schumer |
| 2025-05-20T00:10:48.000Z | Reply | @SenSchumer FJB |
| 2025-05-20T00:04:16.000Z | Reply | @UltraDane 86 N!GGERS |

| | | |
|---|---|---|
| 2025-05-20T00:03:44.000Z | Reply | @RepNancyMace And what have you done about it besides post?  LOSER  USELESS |
| 2025-05-20T00:02:47.000Z | Reply | @SenateGOP FJB. |
| 2025-05-20T00:02:09.000Z | Reply | @LionelMedia N!GGERS |
| 2025-05-19T23:59:50.000Z | Reply | @AGPamBondi @POTUS @FLOTUS You're a COWARD. |
| 2025-05-19T23:58:55.000Z | Reply | @RepNancyMace And what did you do about it??  Loser |
| 2025-05-19T23:57:49.000Z | Reply | @tedcruz @FLOTUS Hey Ted. Stop sucking Trumps ass 😂 😂 pu$$y |
| 2025-05-19T23:56:05.683Z | Retweet | RT @Brink_Thinker: Adorable. Look at how happy she is…\n\n https://t.co/lx56rUb3il |
| 2025-05-19T23:55:43.000Z | Reply | @ImMeme0 FJB |
| 2025-05-19T23:55:01.000Z | Reply | @DerrickEvans4WV 86 Canada |
| 2025-05-19T23:54:28.000Z | Reply | @tedcruz FJB |
| 2025-05-19T23:54:01.000Z | Reply | @townhallcom 86 Hakeem |
| 2025-05-19T23:53:11.000Z | Reply | @ImMeme0 Always n!ggers |
| 2025-05-19T23:52:17.000Z | Reply | @4Mischief 86 n!ggers |
| 2025-05-19T23:51:25.000Z | Reply | @USAttyPirro God Bless you. 🙏🙏🤍🫶🫶🫶 |
| 2025-05-19T23:49:55.000Z | Reply | @RepNancyMace You're a phony bitch. |
| 2025-05-19T23:49:32.000Z | Reply | @RepNancyMace FJB. NO SYMPATHY. |
| 2025-05-19T23:35:19.000Z | Reply | @Brink_Thinker GOD BLESS WHITE PEOPLE 🤍 🤍🙏🙏 |
| 2025-05-19T23:34:26.418Z | Retweet | RT @Brink_Thinker: Kindness costs nothing but changes everything. a single act of kindness can brighten someone's darkest day 🥹\n\n https://t… |
| 2025-05-19T23:15:48.000Z | Reply | @1Nicdar The GOP Needs to know WE ARE MAGA NOT REPUBLICANS |
| 2025-05-19T23:15:02.374Z | Retweet | RT @LangmanVince: And nothing will be done about it |
| 2025-05-19T23:14:24.000Z | Reply | @Brink_Thinker 🤍 🤍 🤍 |
| 2025-05-19T23:13:59.559Z | Retweet | RT @Brink_Thinker: The special moment when a baby starts to hear mom and dad for the first time ..\n\n https://t.co/mIN3SEwxc4 |
| 2025-05-19T23:12:46.000Z | Reply | @LangmanVince 86 ALL COMEYS |
| 2025-05-19T23:11:48.000Z | Reply | @Tr00peRR MAGA DOES NOT FORGET |
| 2025-05-19T23:11:23.065Z | Retweet | RT @Tr00peRR: 2021\n\nAn AmericanAirlines flight attendant called the police and had a two-year-old boy, his mother, and his grandmother remo… |
| 2025-05-19T23:09:40.000Z | Reply | @SenSchumer Hey Chuck your HUSBAND IS VERY HANDSOME. 🫗🫗🫳🫳 |
| 2025-05-19T23:07:51.000Z | Reply | @catturd2 86 Comey |
| 2025-05-19T22:28:51.000Z | Reply | @WorldDarkWeb2 Let me guess…. N!GGERS RIGHT? |
| 2025-05-19T22:27:56.194Z | Retweet | RT @WorldDarkWeb2: Guy jumps a man sleeping for TikTok likes https://t.co/7XmNlhknrp |
| 2025-05-19T22:27:37.000Z | Reply | @SenTedCruz Wow. Im in awe.  You're a GLORY HOUND. |

| | | |
|---|---|---|
| 2025-05-19T22:25:44.000Z | Reply | @ClownWorld_ Looks like a fine upstanding young man. Always the N!ggers |
| 2025-05-19T22:23:55.000Z | Reply | @RepTedLieu I'll take roast pork fried rice. Sweet and sour chicken and garlic dumplings |
| 2025-05-19T22:21:29.000Z | Reply | @EROAtlanta @wsbtv @FOX5Atlanta @ATLNewsFirst @FBIAtlanta @CBPSoutheast God Bless all LAW ENFORCEMENT. THANK YOU 🙏🙏🙏🙏 |
| 2025-05-19T22:20:34.916Z | Retweet | RT @EROAtlanta: 🚨 ARRESTED: ICE agents in Atlanta took a 30-year-old Venezuelan illegal alien into custody—wanted for murder in his home co... |
| 2025-05-19T22:20:05.000Z | Reply | @Tr00peRR Always n!ggers |
| 2025-05-19T22:18:58.000Z | Reply | @amyklobuchar I hope you get a yeast infection. 😂😂😂 |
| 2025-05-19T22:17:49.002Z | Retweet | RT @RepNancyMace: The Big, Beautiful Bill delivers on what we promised the American people:\n-Historic tax cuts\n-No tax on tips or overtime... |
| 2025-05-19T22:15:12.000Z | Reply | @GuntherEagleman @RepJeffries 86 Jeffries |
| 2025-05-19T22:13:23.000Z | Reply | @charliekirk11 86 Jackson |
| 2025-05-19T22:11:56.000Z | Reply | @JudiciaryGOP 86 all demonRATS |
| 2025-05-19T22:11:25.885Z | Reply | RT @JudiciaryGOP: Horrible. |
| 2025-05-19T22:10:52.000Z | Reply | @Tr00peRR Always n!ggers |
| 2025-05-19T22:10:22.000Z | Reply | @RepJeffries 86 Hakeem |
| 2025-05-19T22:09:43.000Z | Reply | @MilaLovesJoe Who are they??? Stop the bullshit and tell the American taxpayers |
| 2025-05-19T22:08:43.000Z | Reply | @1Nicdar Ok. Who are they?? |
| 2025-05-19T22:07:15.000Z | Reply | @Jim_Jordan God Bless the Trump family and all that support them 🤍🤍🤍🙏🙏🙏 |
| 2025-05-19T22:06:20.294Z | Retweet | RT @Jim_Jordan: Agreed! |
| 2025-05-19T22:05:52.000Z | Reply | @Sec_Noem @DHSgov God Bless you and your team. Thank you 🙏 |
| 2025-05-19T22:05:10.423Z | Retweet | RT @Sec_Noem: Today, @DHSgov conducted its first Project Homecoming charter flight of 64 individuals who voluntarily chose to self-deport t... |
| 2025-05-19T15:32:45.336Z | Retweet | RT @White_Ghost187: 2 blacks murder a 74 year old grandmother. \nShe was stabbed, cut, and beaten to death during a robbery from a former ho... |
| 2025-05-19T15:32:30.326Z | Retweet | RT @ICEgov: We arrested this criminal alien reentering the United States without authorization after a previous removal — but that's not th... |
| 2025-05-19T15:31:55.871Z | Retweet | RT @KathleenWinche3: Exactly!! https://t.co/vYFrw8vEri |
| 2025-05-19T15:27:47.123Z | Retweet | RT @MattWalshBlog: Undisputed winner of The Worst Wife In America contest https://t.co/l6dobo0WmK |
| 2025-05-19T15:27:36.463Z | Retweet | RT @iAnonPatriot: The WHOLE Biden family is trash. https://t.co/MlzzJqw767 |
| 2025-05-19T15:27:23.247Z | Retweet | RT @SteveLovesAmmo: The ones demanding you display sympathy for Joe Biden were literally chanting "8647" a few days ago.\n\nJust throwing tha |
| 2025-05-19T15:27:16.648Z | Retweet | RT @RealMattCouch: Amy Klobuchar was $40,000 in debt when she won her first race of the U.S. Senate.. \nFast forward to today... She's the... |
| 2025-05-19T15:27:08.922Z | Retweet | RT @liz_churchill10: Will Joe Biden be held accountable for his crimes? \n\n "The American People will be SHOCKED when they learn that the B... |
| 2025-05-19T15:26:56.221Z | Retweet | RT @RepMTG: 7 minutes of reasons to pass the Big Beautiful Bill!\n https://t.co/kYSwZcAnEv |
| 2025-05-19T15:26:19.083Z | Retweet | RT @iFightForKids: Former (yes, despite molesting his 6 year old niece) Sex Offender Robert Ball came to meet a 12 year old girl for bathtu... |
| 2025-05-19T15:25:52.805Z | Retweet | RT @itscarterhughes: Meet Molly Gaston, a prosecutor that worked with Special Counsel Jack Smith to target President Trump.\n\nTrump has FIRE... |

| | | |
|---|---|---|
| 2025-05-19T15:25:29.514Z | Retweet | RT @w_terrence: Kamala Harris you are one sick individual\n\nYou laughed and giggled as your boss was suffering from Dementia and Cancer.\n\nY |
| 2025-05-19T15:24:55.311Z | Retweet | RT @ScottforFlorida: Miami-Dade is officially RED! us |
| 2025-05-19T15:24:40.214Z | Retweet | RT @atensnut: I'm just so happy we have this guy back in charge.  The White House rocks. https://t.co/Rp04aL293d |
| 2025-05-19T15:24:19.191Z | Retweet | RT @ICEgov: This Salvadoran national has an aggravated DWI conviction and pending charges for first-degree child sexual abuse.\n\n👉 Go thank I.. |
| 2025-05-19T15:23:54.145Z | Retweet | RT @ImMeme0: Biden having cancer doesn't change the fact that he was a terrible leader who destroyed countless lives. https://t.co/Rn8VCkr3... |
| 2025-05-19T15:23:13.641Z | Retweet | RT @catturd2: Every single thing signed by auto pen must be null and void. |
| 2025-05-19T15:23:02.034Z | Retweet | RT @GuntherEagleman: @JessicaTarlov So we should just ignore the blatant crimes?\n\nAre you really this dumb, Jessica?\n\nFox should fire you. |
| 2025-05-19T15:22:33.074Z | Retweet | RT @WaysandMeansGOP: Passing the One, Big, Beautiful Bill would preserve...\n\n→ Over 1 MILLION manufacturing jobs\n→ 700,000+ retail trade jc |
| 2025-05-19T15:22:12.373Z | Retweet | RT @RealHickory: EF 2 &amp; EF 3 tornadoes ripped through this part of the country Friday night, creating devastating damage and loss of life,... |
| 2025-05-19T15:22:02.721Z | Retweet | RT @LauraLoomer: Now that the media finally wants to talk about the cover up of Biden's terminal illness, when can we talk about what he di... |
| 2025-05-19T15:21:12.520Z | Retweet | RT @RealAlexJones: BREAKING: Biden Deputy Chief Of Staff Confesses In Undercover Video That Biden Was A Near Vegetable Over The Last Four Y.. |
| 2025-05-19T15:20:57.709Z | Retweet | RT @nicksortor: 🏃 President Trump is GOING OFF on Kamala ILLEGALLY paying Beyoncé $11,000,000 for an endorsement\n\nHe also put Oprah, E |
| 2025-05-19T15:20:51.127Z | Retweet | RT @ImMeme0: President Trump is not taking any hostages! 💧 💧 💧 https://t.co/UrJmh3fNNc |
| 2025-05-19T15:20:45.481Z | Retweet | RT @markkayeshow: 🏃 James Comer says \"Autopen\" staffers have been identified and subpoenas are coming! Let's see... https://t.co/Mm24zNC |
| 2025-05-19T15:20:34.556Z | Retweet | RT @atensnut: THEY LIED ANOUT EVERYTHING!! |
| 2025-05-19T15:20:31.094Z | Retweet | RT @libsoftiktok: Three boys in @LCPSOfficial were forced to share a locker room with a girl pretending to be a boy. They said it made them... |
| 2025-05-19T15:20:01.140Z | Retweet | RT @TrumpWarRoom: https://t.co/RU0zhbHwPr |
| 2025-05-19T15:19:42.423Z | Retweet | RT @VividProwess: IDF soldiers in prayer before another round of war in Rafah.\n\nMay God keep our heroes safe. https://t.co/GaKrRElqNd |
| 2025-05-19T15:18:02.932Z | Retweet | RT @JoshLilj1: https://t.co/Mbuo7UtBed |
| 2025-05-19T15:17:09.286Z | Retweet | RT @MAGAVoice: 🏃 Heres Joe Biden's White House Physician Kevin O'Connor saying Joe Biden is in "excellent" health \n\nWhy hasn't Congress Su |
| 2025-05-19T15:16:56.496Z | Retweet | RT @its_The_Dr: https://t.co/sY540Oppk5 |
| 2025-05-19T15:16:45.960Z | Retweet | RT @DogRightGirl: Cancer is not a get out of investigations or jail. \n\nThe DOJ will continue to do what they need to do. |
| 2025-05-19T15:16:39.412Z | Retweet | RT @Bubblebathgirl: Gov. Tim Walz of Minnesota had his police using paintball guns to sh**t Minnesota residents if they broke curfew by bei... |
| 2025-05-19T15:16:34.170Z | Retweet | RT @LauraLoomer: Don't forget. \n\nJoe Biden tried to jail Trump, and he also tried to murder Trump. |
| 2025-05-19T15:16:06.845Z | Retweet | RT @DogRightGirl: Im old enough to remember when they celebrated Rush Limbaugh dying of cancer. \n\nSo no, I will not stop criticizing Biden... |
| 2025-05-19T15:15:51.624Z | Retweet | RT @DC_Draino: Miami is officially RED after Republicans take a 23,000 voter registration lead\n\nAnd you know who is leading that effort?\n\nH... |
| 2025-05-19T15:15:46.491Z | Retweet | RT @MAGAVoice: HOLY SH*T 🏃 Donald Trump will be investigating how much Kamala Harris paid Oprah. Tick Tock...\n\nKamala Harris should be s |
| 2025-05-19T15:15:37.658Z | Retweet | RT @RealAlexJones: This is the definition of treason! |

| Date/Time | Type | Message |
|---|---|---|
| 2025-05-17T20:19:34.106Z | Retweet | RT @lsferguson: James Comey put out a hit on President Trump.  Why hasn't he been arrested? @Sec_Noem @AGPamBondi |
| 2025-05-17T20:58:57.746Z | Retweet | RT @GuntherEagleman: Is James Comey above the law?  \n\nThe evidence was pretty damning. |
| 2025-05-17T21:26:12.775Z | Retweet | RT @_NewsBarron: 🚨 General Flynn Drops the Hammer: Arrest Obama, Brennan, Comey &amp; the Rest of the Coup Cabal\n\nGeneral Michael Flynn isn't m... |
| 2025-05-17T21:46:50.378Z | Retweet | RT @LauraLoomer: Happy Saturday to everyone except Pam Blondi who won't fire James Comey's daughter from the DOJ. \n\nhttps://t.co/agAtVU92zr |
| 2025-05-17T22:57:08.000Z | Reply | @JohnCornyn 86 comey |
| 2025-05-18T21:42:04.216Z" | Retweet | RT @LauraLoomer: 🚨 Pam Blondi Is Allowing James Comey's Daughter and his Son In Law to Work at the Trump DOJ 🚨 \n\nDid you know that Maurene... |
| 2025-05-17T18:43:28.732Z | Retweet | RT @MilaLovesJoe: Any reason why AG Pam Bondi (@PamBondi) hasnt REMOVED Jim Comey's daughter, Maurene Comey, from the SDNY? |