"created_at" : "Fri May 16 00:09:24 +0000 2025",
   "full_text" : "@DonaldJTrumpJr Comey needs to die a slow painful death. Protect our President",

"created_at" : "Tue May 20 00:10:51 +0000 2025",
   "full_text" : "@USAttyHabba @AlinaHabba A slow painful death for HABBA. 86 that cunt",

"created_at" : "Tue May 20 00:06:10 +0000 2025",
   "full_text" : "@USAttyHabba 86 HABBA. CUNT. I HOPE YOU DIE A PAINFUL DEATH",

"created_at" : "Fri May 16 00:27:52 +0000 2025",
   "full_text" : "@catturd2 Shoot to kill. HES a clear and present danger to our President.",

"created_at" : "Fri May 16 00:19:29 +0000 2025",
   "full_text" : "@LangmanVince Shoot to kill. HES a clear and present danger to our President",

"created_at" : "Fri May 16 00:17:53 +0000 2025",
   "full_text" : "@ProudElephantUS Shoot to killl. HES a threat to our President.",

"created_at" : "Fri May 16 00:17:02 +0000 2025",
   "full_text" : "@krassenstein You must be eliminated. You ate a threat to our President",

"created_at" : "Fri May 16 00:10:51 +0000 2025",
   "full_text" : "@BoLoudon Death to all traitors. Comey is a threat to our President. Must be eliminated",